COMMONWEALTH of Pennsylvania, Respondent

v.

**Dontay Rayshaw BREWER, Petitioner**

**No. 485 MAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.